STEPHEN H. ROGERS, ESQ.
Nevada Bar No. 5755
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
Email: srogers@rmcmlaw.com
Attorneys for Defendant
JOHN P. MORGAN, III

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

ASHLEY DINGMAN as an individual and as Administrator of the ESTATE OF SCOTT DINGMAN; and E.D., a minor, by and through his legal guardians and/or parents, ASHLEY DINGMAN AND WADE SEEKATZ.

Plaintiffs,

vs.

BOULDER CITY ex rel. BOULDER CITY POLICE DEPARTMENT, a Nevada municipality; JOHN P. MORGAN, III, an individual; JEANNETTE WOOLSEY, an individual; ARMANDO SALAZAR, an individual; KENNY CALZADA, an individual; MARK DUBOIS, an individual; SCOTT PASTORE, an individual; BRANDON BLAKE, an individual; ANIL SHARMA, an individual; PARKER STEELE, an individual; BRETT WIBREW, an individual; THOMAS HEALING, an individual; TIMOTHY SHEA, an individual; AARON JOHNSON, an individual; BRETT HOOD, an individual; RUBY PERKINS, an individual; TAMI MCKAY, an individual; DOE DEFENDANTS 1–20; ROE ENTITIES 1–10,

Defendants.

CASE NO. : 2:26-cv-01650-JAD-BNW

**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSE TO THE COMPLAINT AND TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS**

**(FIRST REQUESTS)**

The deadline for Defendant JOHN P. MORGAN, III ("Defendant") to file a response to Plaintiffs ASHLEY DINGMAN as an individual and as Administrator of the ESTATE OF SCOTT DINGMAN, and E.D., a minor, by and through his legal guardians and/or parents, ASHLEY DINGMAN AND WADE SEEKATZ ("Plaintiffs"") Complaint was August 7, 2026; IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, Defendant shall have until August 21, 2026 to file a response to Plaintiffs' Complaint.

IT IS ALSO HEREBY STIPULATED AND AGREED, that should Defendant file a Motion to Dismiss Plaintiffs' Complaint in place of an Answer, the Plaintiffs will have until September 18, 2026, to file a response to said Motion to Dismiss. The extension of the Response date is sought to accommodate Defendant Morgan's requested extension as the undersigned has pre-arranged travel plans August 28-September 9, 2026,.

DATED this 11th day of August, 2026.

MCLETCHIE LAW

/s/ *Margaret A. McLetchie*

Margaret A. McLetchie, Esq.
Nevada Bar No. 10931
Lisa A. Rasmussen, Esq.
Nevada Bar No. 7491
Leo S. Wolpert, Esq.
Nevada Bar No. 12658
602 South Tenth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

DATED this 11th day of August, 2026.

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

/s/ *Stephen H. Rogers*

Stephen H. Rogers, Esq.
Nevada Bar No. 5755
700 South Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*John P. Morgan,*

**ORDER**

IT IS SO ORDERED.
DATED this 12th day of August, 2026.

UNITED STATES MAGISTRATE JUDGE

Submitted by:

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

/s/ *Stephen H. Rogers*

Stephen H. Rogers, Esq.
Nevada Bar No. 5755
700 South Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*John P. Morgan, III*

**Carolyn Mangundayao**

|  |  |
|---|---|
| **From:** | Maggie <maggie@nvlitigation.com> |
| **Sent:** | Tuesday, August 11, 2026 11:39 AM |
| **To:** | Carolyn Mangundayao |
| **Cc:** | Steve Rogers; Rebecca Mecham; Leo Wolpert; Alex Loglia; Lisa Rasmussen; Client Matter: Dingman 0880 (2e99578c1+matter1841299705@maildrop.clio.com); EFile |
| **Subject:** | RE: John Morgan III adv. Ashley Dingman, et al. (Claim 7004896337-1 / Case 2:26-CV-01650-JAD-BNW) |

**External Sender** - From: (Maggie <maggie@nvlitigation.com>) Learn More
This message came from outside your organization.

Thanks and yes, you may affix my /s.

Maggie McLetchie
MCLETCHIE
602 South Tenth Street
Las Vegas, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
www.nvlitigation.com

**IMPORTANT NOTICE**: Privileged and/or confidential information, including attorney-client communication and/or attorney work product may be contained in this message. This message is intended only for the individual or individuals to whom it is directed. If you are not an intended recipient of this message (or responsible for delivery of this message to such person), any dissemination, distribution or copying of this communication is strictly prohibited and may be a crime. No confidentiality or privilege is waived or lost by any misdirection of this message. If you received this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender by return e-mail.

---

**From:** Carolyn Mangundayao <cmangundayao@rmcmlaw.com>
**Sent:** Tuesday, August 11, 2026 11:37 AM
**To:** Maggie <maggie@nvlitigation.com>
**Cc:** Steve Rogers <srogers@rmcmlaw.com>; Rebecca Mecham <rmecham@rmcmlaw.com>; Leo Wolpert <leo@nvlitigation.com>; Alex Loglia <Alex@nvlitigation.com>; Lisa Rasmussen <Lisa@nvlitigation.com>; Client Matter: Dingman 0880 (2e99578c1+matter1841299705@maildrop.clio.com) <2e99578c1+matter1841299705@maildrop.clio.com>
**Subject:** RE: John Morgan III adv. Ashley Dingman, et al. (Claim 7004896337-1 / Case 2:26-CV-01650-JAD-BNW)

Hi Maggie,

Thank you for catching that. I've included the other attorneys from your firm to the SAO.

With your below authorization to affix your electronic signature, attached is the final version which I'll now submit for filing.

Thank you.