MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth St.
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ASHLEY DINGMAN as an individual and as Administrator of the ESTATE OF SCOTT DINGMAN; and E.D., a minor, by and through his legal guardians and/or parents, ASHLEY DINGMAN AND WADE SEEKATZ.

Plaintiffs,

vs.

BOULDER CITY ex rel. BOULDER CITY POLICE DEPARTMENT, a Nevada municipality; JOHN P. MORGAN, III, an individual; JEANNETTE WOOLSEY, an individual; ARMANDO SALAZAR, an individual; KENNY CALZADA, an individual; MARK DUBOIS, an individual; SCOTT PASTORE, an individual; BRANDON BLAKE, an individual; ANIL SHARMA, an individual; PARKER STEELE, an individual; BRETT WIBREW, an individual; THOMAS HEALING, an individual; TIMOTHY SHEA, an individual; AARON JOHNSON, an individual; BRETT HOOD, an individual; RUBY PERKINS, an individual; TAMI MCKAY, an individual; DOE DEFENDANTS 1–20; ROE ENTITIES 1–10,

Defendants.

**Case No.:** 2:26-cv-1650-JAD-BNW

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT JOHN. P. MORGAN, III'S MOTION TO DISMISS [ECF NO. 22]**

**(FIRST REQUEST)**

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

Plaintiffs Ashley Dingman as an individual and as Administrator of the Estate Of Scott Dingman, and E.D., a minor, by and through his legal guardians and/or parents, Ashley Dingman and Wade Seekatz ("Plaintiffs"), by and through their counsel of record, Margaret A. McLetchie, Esq., and Leo S. Wolpert, Esq., of McLetchie Law Group, PLLC, and Defendant John P. Morgan, III, by and through his counsel of record, Stephen H. Rogers, Esq., of Rogers, Mastrangelo, Carvalho & Mitchell, hereby agree and jointly stipulate as follows:

1. On August 18, 2026, the Court granted the Parties' stipulation an order to extend the deadline for Defendant Morgan to response to the Complaint herein until August 21, 2026. *See* ECF No. 21.

2. Defendant Morgan filed his motion to dismiss on August 21, 2026. *See* ECF No. 22.

3. Pursuant to the August 21, 2026, stipulation, Plaintiffs' response to Defendant Morgan's motion to dismiss is currently September 18, 2026. *See* ECF No. 21.

4. Plaintiffs' counsel have both contracted what appears to be COVID-19 over the last two week. This, combined with unexpected intervening deadlines, has resulted in Plaintiffs' counsel being unable to fully and effectively prepare a response to Mr. Morgan's motion to dismiss by the current September 18, 2026, deadline.

5. As a result, Plaintiffs seek a two-week extension of time, until October 2, 2026, in which to file their response to Mr. Morgan's motion to dismiss.

6. Under Local Rule 26-3, a stipulation to extend a scheduled deadline made within 21 days of the subject deadline must be supported by a showing of good cause.

7. The Parties respectfully submit that, for the reasons outlined above, good cause exists to grant this stipulated extension.

8. WHEREFORE, the Parties respectfully request that the deadline for Plaintiffs to file a response to Defendant Morgan's motion to dismiss be extended by two weeks, to **October 2, 2026**.

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

9. The instant stipulation is being made in good faith and not for purposes of delay, and no party waives any arguments by entering into this stipulation.

IT IS SO STIPULATED.

DATED this 17th day of September, 2026.

MCLETCHIE LAW GROUP, PLLC

*/s/ Margaret A. McLetchie*
Margaret A. McLetchie, Esq.
Nevada Bar No. 10931
Leo S. Wolpert, Esq.
Nevada Bar No. 12658
602 South 10th Street Defendant
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

DATED this 17th day of September, 2026.

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

*/s/ Stephen H. Rogers*
Stephen H. Rogers, Esq.
Nevada Bar No. 5755
700 South Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*John P. Morgan, III*

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: 9/18/2026