MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW GROUP, PLLC**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Attorneys for Plaintiffs*

MCLETCHIE LAW
602 SOUTH TENTH STREET
Las Vegas, Nevada 89101
(702) 728-5300 (T) / (702) 425-8220 (F)
WWW.NVLITIGATION.COM

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ASHLEY DINGMAN as an individual and as Administrator of the ESTATE OF SCOTT DINGMAN; and E.D., a minor, by and through his legal guardians and/or parents, ASHLEY DINGMAN AND WADE SEEKATZ,

Plaintiffs,

vs.

BOULDER CITY ex rel. BOULDER CITY POLICE DEPARTMENT, a Nevada municipality; JOHN P. MORGAN, III, an individual; JEANNETTE WOOLSEY, an individual; ARMANDO SALAZAR, an individual; KENNY CALZADA, an individual; MARK DUBOIS, an individual; SCOTT PASTORE, an individual; BRANDON BLAKE, an individual; ANIL SHARMA, an individual; PARKER STEELE, an individual; BRETT WIBREW, an individual; THOMAS HEALING, an individual; TIMOTHY SHEA, an individual; AARON JOHNSON, an individual; BRETT HOOD, an individual; RUBY PERKINS, an individual; TAMI MCKAY, an individual; DOE DEFENDANTS 1–20; ROE ENTITIES 1–10,

Defendants.

Case Number:
2:26-cv-01650-JAD-BNW

**<u>STIPULATION AND ORDER REGARDING SERVICE AND TO STAY DEADLINES PENDING MEDIATION</u>**

**<u>(FIRST REQUEST)</u>**

**<u>(SECOND REQUEST AS TO THE DEADLINE TO RESPOND TO MORGAN MOTION TO DISMISS [ECF NO. 22]</u>**

**<u>STIPULATION AND ORDER REGARDING SERVICE AND TO STAY DEADLINES PENDING MEDIATION</u>**

Plaintiffs Ashley Dingman as an individual and as Administrator of the Estate Of Scott Dingman; and E.D., a minor, by and through his legal guardians and/or parents, Ashley

Dingman and Wade Seekatz ("Plaintiffs"), by and through their attorneys of record, Margaret A. McLetchie, Esq. and Leo S. Wolpert, Esq., with the law firm of McLetchie Law; and Defendants Boulder City, Jeannette Woolsey, Armando Salazar, Kenny Calzada, Mark Dubois, Scott Pastore, Brandon Blake, Anil Sharma, Parker Steele, Brett Wibrew, Thomas Healing, Timothy Shea, Aaron Johnson, Brett Hood, Ruby Perkins, and Tami McKay (hereinafter "Boulder City Defendants"), by and through their attorneys of record, Craig R. Anderson, Esq. and Andrew Yates, Esq., with the law firm of Marquis Aurbach; and Defendant John P. Morgan, III, by and through his attorney of records, Stephen H. Rogers, Esq., with the law firm of Rogers, Mastrangelo, Carvalho, & Mitchell (collectively, the "Parties") hereby agree and jointly stipulate the following:

1. The Plaintiffs filed the operative Complaint on May 31, 2026. [ECF No. 1].
2. Waivers of the Service of Summons were executed by counsel for Boulder City Brittany Walker on June 17, 2026, on behalf of Boulder City Defendants Boulder City, Aaron Johnson, Armando Salazar, Brandon Blake, Jeannette Woolsey, Kenny Calzada, Tami McKay, Brett Wibrew, Parker Steele, Timothy Shea, Thomas Healing, and Brett Hood. [ECF Nos. 6-17. ] Defendant Scott Pastore personally executed a Waiver of the Service of Summons on June 15, 2026. [ECF No. 18. ] Waivers of the Service of Summons and related documents were sent to Defendants Marc Dubois, Ruby Perkins, and Anil Sharma by Plaintiffs' counsel, but were never returned executed to Plaintiffs' counsel.
3. Boulder City and each of the other Boulder City Defendants (in both their individual and official capacities) is now represented by Marquis Aurbach in this litigation.
4. Boulder City and each of the other Boulder City Defendants (in both their individual and official capacities) hereby waives personal service of the summons and Complaint under FRCP 4(d), waives any argument regarding any defect in service or insufficient service of process, and waives any defense as to lack of personal jurisdiction.

MCLETCHIE LAW
602 SOUTH TENTH STREET
Las Vegas, Nevada 89101
(702) 728-5300 (T) / (702) 425-8220 (F)
WWW.NVLITIGATION.COM

MCLETCHIE LAW
602 SOUTH TENTH STREET
Las Vegas, Nevada 89101
(702) 728-5300 (T) / (702) 425-8220 (F)
WWW.NVLITIGATION.COM

5. Prior to and following the Plaintiffs' filing of the Complaint, the Plaintiffs and the Boulder City Defendants have engaged in discussions regarding mediation to attempt to settle the claims between Plaintiffs and the Boulder City Defendants.
6. To that end, the Plaintiffs and the Boulder City Defendants have agreed to engage in mediation currently scheduled for November 24, 2026.
7. Plaintiffs agreed to extend the time for the Boulder City Defendants to respond to the Complaint.
8. Plaintiffs served Defendant Morgan on July 10, 2026. [ECF No. 19.]
9. Defendant Morgan does not contest service and hereby waives any argument regarding any defect in service or insufficient service of process, and waives any defense as to lack of personal jurisdiction.
10. On August 18, 2026, the Court granted a stipulation to extend the deadline for Defendant Morgan to respond to the Complaint until August 21, 2026. [ECF No. 21.] Defendant Morgan filed a motion to dismiss various causes of action in Complaint on August 21, 2026. [ECF No. 22.] On September 18, 2026, the Court granted a stipulation extending the time for Plaintiffs to respond to Defendant Morgan's motion to dismiss until October 2, 2026. [ECF No. 29.]
11. The Parties wish to effectively coordinate the deadlines in this case.
12. In the interests of efficiency and judicial economy, the Parties stipulate and agree to extend all deadlines in this case—including without limitation, the deadline for Boulder City Defendants to respond to Plaintiffs' Complaint, the deadline for Plaintiffs to respond to Defendant Morgan's motion to dismiss, and all FRCP Rule 16 and FRCP Rule 26 deadlines—until after the scheduled November 24, 2026, mediation.
13. The Parties will meet and confer as to scheduling and submit a status report within fourteen (14) days after the November 24, 2026, mediation, *i.e.*, December 8, 2026, to apprise the Court of the status of the mediation and settlement discussions. If all matters have not been resolved at that time, the status report will include the date

MCLETCHIE LAW
602 SOUTH TENTH STREET
Las Vegas, Nevada 89101
(702) 728-5300 (T) / (702) 425-8220 (F)
WWW.NVLITIGATION.COM

on which the Parties intend to have their pretrial conference(s) under LR 26-1(a) for the preparation of the discovery plan and scheduling order, as well as the dates for the Boulder City Defendants to respond to the Complaint and for Plaintiffs to respond to Defendant Morgan's motion to dismiss, if applicable.[1]

14. No party will be prejudiced by granting this stipulation.
15. Any effect of the length of the delay created by this stipulation is limited, as the Court has not issued a scheduling order in this action and the only motion pending before the Court is Defendant Morgan' motion to dismiss.
16. The Parties are acting in good faith.
17. Based on the foregoing, the Parties request that the case deadlines be extended as set forth herein.
18. This is the first stipulation to stay the deadlines in this case.
19. The instant stipulation is being made in good faith and not for purposes of delay.

IT IS SO STIPULATED.

Dated this 2nd day of October, 2026.

MCLETCHIE LAW

By: *Margaret A. McLetchie*
Margaret A. McLetchie, Esq.
Nevada Bar No. 10931
Leo S. Wolpert, Esq.
Nevada Bar No. 12658
602 South 10th Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

Dated this 2nd day of October, 2026.

MARQUIS AURBACH

By: *Andrew Yates*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Andrew Yates, Esq.
Nevada Bar No. 17016
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants Boulder City, Jeannette Woolsey, Armando Salazar, Kenny Calzada, Mark Dubois, Scott Pastore, Brandon Blake, Anil Sharma, Parker Steele, Brett Wibrew, Thomas Healing, Timothy Shea, Aaron Johnson, Brett Hood, Ruby Perkins, and Tami McKay*

[1] Plaintiffs may also seek to amend their Complaint following mediation.

Dated this 2nd day of October, 2026.

ROGERS, MASTRANGELO,
CARVALHO & MITCHELL

By: *Stephen H. Rogers*
Stephen H. Rogers, Esq.
Nevada Bar No. 5755
700 South Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
*Attorneys for Defendant*
*John P. Morgan, III*

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: 10/5/2026

McLETCHIE LAW
602 SOUTH TENTH STREET
Las Vegas, Nevada 89101
(702) 728-5300 (T) / (702) 425-8220 (F)
WWW.NVLITIGATION.COM